Charlie C. WRIGHT, Appellant,

v.

The STATE of Texas, Appellee.

No. 27344.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for murder with malice, and his punishment was assessed at 99 years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted and the appeal is dismissed.

R. L. BROCK, Appellant,

v.

The STATE of Texas, Appellee.

No. 27135.

Court of Criminal Appeals of Texas.

Oct. 20, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the penalty assessed is a fine of $60 and confinement in the county jail for three days.

Since perfecting his appeal the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.